■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WINFIELD I. NICHOLSON, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE POLITANO, Appellant. (C) In the Matter of the Claim of GEORGINA CRUZ, Appellant. UNEMPLOYMENT INSURANCE APPEAL BOARD, Respondent. (D) ALEXANDER DZIOBECKI, Appellant, v. DOMINICK D'AMBROSI, Respondent.— [In each action] Time of perfect appeals extended 90 days.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH F. LA SHOMBE, Appellant.— Application for assignment of counsel denied.

■ (A) EVELYN ILER, Appellant, v. ANTHONY RAIMONDI, Respondent. (B) RALPH H. BRUBAKER, Respondent, v. STATE OF NEW YORK et al., Appellants. (C) In the Matter of the Claim of LUIS P. FIGUEROR, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (D) In the Matter of the Claim of PRIMO MONTAFIA, Appellant, v. DRAVO CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the November 1962 Term on or before October 11, 1962, in which event motions denied.